U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 29 2013
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GUVEY DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-360-A |
| | § | |
| EVELYN DAVIS, | § | |
| | § | |
| Defendant. | § | |

O R D E R

Came on for consideration the motion for leave to proceed in forma pauperis in a new civil case, filed in the above-captioned action by plaintiff, Guvey Davis. On May 3, 2013, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by May 24, 2013. Copies of the proposed findings, conclusions, and recommendation were sent to plaintiff and defendant. No objections have been filed by either party. After a review of the file, the court adopts the magistrate judge's proposed findings and conclusions and accepts the magistrate judge's recommendation.

Therefore,

The court ORDERS that plaintiff's motion to proceed in forma pauperis be, and is hereby, denied.

The court further ORDERS that plaintiff by June 5, 2013, pay to the clerk of Court the filing and administrative fees of $400.00 if plaintiff wishes to proceed in the above-captioned action.  If plaintiff fails to pay such fee, his complaint will be subject to dismissal without further notice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED May 29, 2013.

_____
JOHN McBRYDE
United States District Judge

2